UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| IN RE:  GENE M. FONTAINE<br>DEBTOR. | CASE NO. 14-10861-DF<br>CHAPTER 7 |
|---|---|

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2004-8F, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8F
  it's successors or assigns,

              Movant.

v.

GENE M. FONTAINE,

              Debtor.

MEMORANDUM OF LAW IN SUPPORT OF MOTION OF MOVANT FOR RELIEF FROM THE AUTOMATIC STAY

INTRODUCTION:

The facts of this case and motion are more specifically spelled out in the Motion for Relief from Automatic Stay filed herewith to which the Court is referred.  In the Motion, U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2004-8F, Mortgage Pass-Through Certificates, Series 2004-8F ("Movant") requests relief from stay in order to pursue its remedies under state law to liquidate its secured claim against the property of the estate of the Gene M. Fontaine (hereinafter the "Debtor") by foreclosure of its mortgage.  The Debtor has defaulted on the mortgage payments both pre and post-petition, and thus Movant is not being adequately protected.  Furthermore, there is no equity in the property such that the Chapter 7 Trustee has no interest in it.

ARGUMENT:

      Section 361 (d) (2) of the Bankruptcy Code states in relevant part that the Court may terminate the automatic stay "if the debtor does not have equity in such property."  As set forth in Movant's motion the Debtor does not have equity in the property, thus permitting this Court to terminate the stay as regards this property.

13-010442 / BK01

CONCLUSION:

For the foregoing reasons, Movant respectfully requests that this Court enter an order lifting the automatic stay in effect in order to permit Movant to proceed to exercise its rights and remedies under state law and under a certain note and mortgage, including but not limited to foreclosure.

Date: May 22, 2014

        Respectfully submitted,
        U.S. Bank National Association, as Trustee for GSR Mortgage Loan Trust 2004-8F, Mortgage Pass-Through Certificates, Series 2004-8F
        by its attorney,

        /s/ Lynn Bouvier Kapiskas
        Lynn Bouvier Kapiskas, Esquire
        RI# 3921
        176 Eddie Dowling Highway, Suite 101
        North Smithfield, RI  02903
        (401) 769-4120
        (Local Counsel)

        /s/ John S. McNicholas
        John S. McNicholas, Esquire
        RI# 8732
        Korde & Associates, P.C.
        321 Billerica Road, Suite 210
        Chelmsford, MA 01824-4100
        Tel: (978) 256-1500 ext. 203
        jmcnicholas@kordeassoc.com
        (Primary Counsel)