Recording Requested By:
PHH Mortgage Corporation (PHHM)

INST: 3039   Bk: 1379   Pg: 79

When Recorded Return To

KORDE & ASSOCIATES PC
321 BILLERICA RD
SUITE 210
CHELMSFORD, MA 01824-4100

## CORPORATE ASSIGNMENT OF MORTGAGE

Barrington Town, Rhode Island
SELLER'S SERVICING #: Redacted
SELLER'S LENDER ID#: Redacted

MERS #: Redacted   SIS #: 1-888-679-6377

Date of Assignment: August 9th, 2013
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026, FLINT, MI 48501-2026
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2004-8F, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8F at 6525 W CAMPUS OVAL, NEW ALBANY, OH 43054

Executed By: GENE M FONTAINE, AN UNMARRIED MAN To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLEET NATIONAL BANK
Date of Mortgage: 05/07/2004 Recorded: 05/11/2004 In Book/Reel/Liber: 0841 Page/Folio: 0238 as Instrument No. 002068 In Barrington Town, State of Rhode Island.

Property Address: 19 ANCHORAGE WAY, BARRINGTON, RI 02806

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $416,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due and owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS
On 8/12/2013

By: [signature]
JENNIFER KOCH, Assistant Secretary

STATE OF New Jersey
COUNTY OF Burlington

On 8/12/13, before me, REBECCA L. SEAMAN, a Notary Public in and for Burlington in the State of New Jersey, personally appeared JENNIFER KOCH, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

[signature]
REBECCA L. SEAMAN
Notary Expires: 08/22/2017

REBECCA L. SEAMAN
NOTARY PUBLIC OF NEW JERSEY
I.D. # 2424214
My Commission Expires 8/22/2017

(This area for notarial seal)

Redacted

RECEIVED FOR RECORD
Aug 29, 2013 11:56:42A
Barrington, R.I.
LINDA H. JAMES
TOWN CLERK