*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Gene M. Fontaine

Debtor(s)

BK No. 1:14–bk–10861

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 13)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 13); filed by U.S. Bank National Association ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) U.S. Bank National Association is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non–bankruptcy law with respect to:

19 Anchorage Way, Barrington RI.

(2) The 14–day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **6/10/14**

Entered on Docket: **6/10/14**
Document Number: **16 – 13**

ogrelstay.jsp #115df